**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE NOLASCO and JOSE DE JESUS BEJARANO,<br><br>    Plaintiffs,<br><br>    v.<br><br>BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:21-cv-09708-MCS-MAR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Attorneys' Fees and Costs, it is ordered, adjudged, and decreed that judgment is entered in favor of Plaintiffs Guadalupe Nolasco and Jose De Jesus Bejarano and against Defendant Bellflower Unified School District. Plaintiffs shall recover attorneys' fees in the amount of $196,706.25 and costs in the amount of $1,403.36.

**IT IS SO ORDERED.**

Dated: May 2, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE